| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) CR 00-00245DAE-19 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) CR-06-50058-Phx-FJM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: RAYMOND F. SALGADO | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/3/2006 — TO 2/2/2011 |

**OFFENSE**

21:846 - CONSPIRACY TO DISTRIBUTE, POSSESS WITH INTENT TO DISTRIBUTE HEROIN, Schedule I Controlled Substance

Stamp: LODGED / RECEIVED / COPY — MAY 0 5 2006 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY

Stamp: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII — MAY 16 2006 — at __ o'clock and __ min __ M — SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Arizona</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 18 2006 — Date

[signature] United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 5, 2006 — Effective Date

[signature] Frederick J. Martone, U. S. District Judge