AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA | WARRANT FOR ARREST

V.

Case Number: CR 00-00245 DAE 19

RAYMOND F. SALGADO (19)

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 2 6 2007
at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST RAYMOND F. SALGADO (19) and bring him or her forthwith to the nearest magistrate to answer a Superceding Indictment, charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE HEROIN - 21 USC 846 - Count 1.

in violation of Title 21 United States Code, Section(s) 846.

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

Clerk U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

November 1, 2000 at Honolulu, Hawaii
Date and Location

Bail Fixed at NO BAIL    By: Barry M. Kurren, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at . |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest JAN 0 5 2007 | Special Agent Rachel A Byrd | [signature] Rachel A Byrd |